183 F.3d 866 (3rd Cir. 1999)
 UNITED STATES OF AMERICA
v.
ONE TOSHIBA COLOR TELEVISION; TWO ANSWERING MACHINES; ONE HEALTH TECH COMPUTER,
Reginald McGlory, Appellant
(Pursuant to Rule 12(a), F.R.A.P.)
(D.C. Civ. No. 90-cv-00138)
UNITED STATES OF AMERICA
v.
ASSORTED JEWELRY, Reginald McGlory, Appellant
(Pursuant to Rule 12(a), F.R.A.P.)
(D.C. Civ. No. 90-00370)
 NOS. 98-3578 and 98-3579
 UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
 Filed July 19, 1999
 
 Before: BECKER, Chief Judge, SLOVITER, MANSMANN GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, McKEE, and RENDELL, Circuit Judges.
 
 ORDER
 Becker, CHIEF JUDGE
 
 1
 A majority of the active judges having voted for rehearing en banc in the above appeals, it is
 
 
 2
 ORDERED that the Clerk of this Court list the above cases for rehearing en banc at the convenience of the Court.